NUMBER 13-00-203-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


CITY OF HIDALGO , Appellant,

v.

JAMES WISDOM , Appellee.

___________________________________________________________________


On appeal from the 332nd District Court

of Hidalgo County, Texas.

__________________________________________________________________


SUPPLEMENTAL OPINION ON REMITTITUR


Before Chief Justice Valdez and Justices Rodriguez and Cantu (1)

Supplemental Opinion on Remittitur by Justice Rodriguez


This Court, in our opinion dated August 31, 2001, suggested that appellee, James Wisdom, remit the sum of $31,700.00 to
appellant, the City of Hidalgo, to reduce the amount awarded to him for lost wages in the past. Wisdom has timely filed the
suggested remittitur. 

Therefore, in accordance with our previous opinion and Wisdom's remittitur, the judgment of the trial court is reformed to
reflect judgment against the City of Hidalgo for past lost wages in the amount of $38,300.00 . As modified, the trial court's
final judgment as to past lost wages and future lost wages is affirmed. The portion of the trial court's judgment awarding
$36,500.00 for mental anguish is reversed and rendered. 

NELDA V. RODRIGUEZ

Justice



Do not publish .

Tex. R. App. P. 47.3.



Supplemental Opinion on Remittitur delivered

and filed this 4th day of October, 2001. 

1. Retired Justice Antonio Cantu assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).